## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ERNESTO MANZANILLO, on his
own behalf and others similarly situated,

    Plaintiff,

v.                                              CASE NO: 8:13-cv-2595-T-26TGW

1ST STOP GROCERY, INC., and
DAVID MANZU,

    Defendants.
_____/

## O R D E R

Upon due and careful consideration of the Plaintiff's submissions, together with the court file, it is ordered and adjudged that Plaintiff's Verified Motion for Entry of Default Judgment (Dkt. 14) is granted. The Clerk is directed to enter judgment for Plaintiff against each Defendant in the sum of $24,475.57. The Clerk is also directed to enter judgment in favor of Plaintiff's attorneys, Morgan & Morgan, P.A., and against each Defendant in the sum of $600.73. Finally, the Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on December 6, 2013.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record